**Opinion filed April 19, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00071-CV

_____

## IN RE OCCIDENTAL OIL & GAS CORPORATION ET AL.

---

### Original Mandamus Proceeding

---

### M E M O R A N D U M   O P I N I O N

Relators have filed in this court an agreed motion to dismiss this proceeding. In the motion, Relators state that the parties mediated the underlying dispute and executed final settlement documents.

We grant Relators' motion and dismiss this mandamus proceeding.


April 19, 2018                                                                   PER CURIAM

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.